IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MARY DEVOSE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-269-MEF |
| LONNIE ADAMS, | ) |
| Defendant. | ) |

## **O R D E R**

On March 9, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendant's motion for summary judgment (Doc. #49) is GRANTED to the extent plaintiff's 42 U.S.C. § 1983 constitutional claims in Counts One and Two of the Amended Complaint are dismissed with prejudice.

3. The defendant's motion for summary judgment (Doc. #49) is DENIED as moot with regard to plaintiff's supplemental state law claims in the remaining counts and said state law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

DONE this 28th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE